UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KIMBERLY ANN NELSON,

    Plaintiff,                                      Case No. 3:21-cv-96

vs.

ETHICON, INC., *et al.*,                  District Judge Michael J. Newman
                                                                 Magistrate Judge Peter B. Silvain, Jr.

    Defendants.

---

## ORDER: CONDITIONALLY DISMISSING THIS CASE

---

    The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within 120 days, reopen the action if settlement is not consummated.  All forthcoming deadlines are hereby **VACATED.**

    **IT IS SO ORDERED.**

Date:  January 20, 2022                            s/Michael J. Newman
                                                          Hon. Michael J. Newman
                                                          United States District Judge